# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 25, 2013

No. 13-10027
Summary Calendar

Lyle W. Cayce
Clerk

DAVID SCOT LYND, also known as David Lynd,

Plaintiff-Appellant

v.

STATE FAIR OF TEXAS; CITY OF DALLAS,

Defendants-Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:12-CV-4288

Before WIENER, OWEN, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant David Scot Lynd, proceeding pro se, appeals the sua sponte order of the of the district court, dismissing Lynd's action for lack of jurisdiction. Our review of the record on appeal, including the briefs of the parties and the order of the district court, satisfies us that such order is correct in fact and in law, *viz*, there is no federal jurisdiction for any of Lynd's putative

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-10027

claims implicated in the multiple state court actions.  Accordingly, the rulings of the district court are, in all respects,

AFFIRMED